WORLD CLEANERS & DYERS, INC., Respondent, v. PAUL DAVIS, Appellant.— Order granting plaintiff's motion for injunction *pendente lite* affirmed, with ten

dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.